U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2023 JAN -5 PM 2:58

CLERK

BY ___AL___
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:23-cr-3-1 |
| | ) |
| CARLOS JUAREZ.MARTINEZ, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about December 9, 2022, in the District of Vermont, defendant CARLOS JUAREZ.MARTINEZ, knowing and in reckless disregard of the fact that certain aliens—including A.B.-L.—had come to, entered, and remained in the United States in violation of law, transported and moved and attempted to transport and move those aliens within the United States in furtherance of their violations of law.

(8 U.S.C. § 1324(a)(1)(A)(ii))

TRUE BILL

REDACTED

FOREPERSON

*Nikolas P. Kerest* (signature)

NIKOLAS P. KEREST (MJL)
United States Attorney
Burlington, Vermont
January 5, 2023